In the Matter of the Application of THOMAS F. DEVINE, Respondent, for an Order Directing LAWRENCE P. MINGEY, an Attorney, Appellant, to Pay Over Certain Moneys Collected by Him.

*Matter of Devine,* 107 App. Div. 616, affirmed.
(Argued October 4, 1905; decided October 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July

12, 1905, which modified and affirmed as modified an order of Special Term directing the appellant herein to pay to the petitioner certain moneys collected by said appellant as attorney for said petitioner and retained by him.

*Lawrence P. Mingey,* in person, and *Edward Schenck* for appellant.

*James A. Delehanty* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.